[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:98−bk−02893−TEB
                                                                Chapter 13
Vila L. Oelrich
aka Vila Olerich Lupton


_____Debtor*_____/

## ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

    THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on July 31, 2014, by Dilks & Knopik, LLC as assignee to PNC Bank, National Association. Having verified that the sum of $329.72 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

    Accordingly it is

    **ORDERED:**

    1. The Motion is granted.

    2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 329.72 to:

    Dilks & Knopik, LLC
    35308 SE Center Street
    Snoqualmie, WA 98065


    Dated:  8/12/14                        _Catherine McEwen_____
                                           Catherine Peek McEwen
                                           United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.