UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 8:05−bk−22523−KRM
                                                                              Chapter 13

James J. Alexander


_____Debtor*_____/

### *ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS*

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on July 31, 2014, by Dilks & Knopik, LLC as assignee for PNC Bank, National Association. Having verified that the sum of $425.85 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 425.85 to:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065


Dated:      AUG 1 1 2014

_____
K. Rodney May
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.