[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  

Joseph D Blackwell

Case No. 3:07-bk-04522-PMG  
Chapter 13

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on August 4, 2014, by Dilks & Knopik, LLC as assignee to PNC Bank, National Association, successor in interest to National City Bank. Having verified that the sum of $297.26 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 297.26 to:

Dilks & Knopik, LLC  
35308 SE Center Street  
Snoqualmie, WA 98065

Dated: August 14, 2014

Paul M. Glenn  
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.