[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                          Case No. 6:91-bk-06063-ABB
                                                                                Chapter 7
Glen D. Richards


_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

   THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on August 1, 2014, by Dilks & Knopik, LLC as assignee to PNC Bank, National Association, successor in interest to National City Bank. Having verified that the sum of $175.21 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

   Accordingly it is

   **ORDERED:**

   1. The Motion is granted.

   2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 175.21 to:

   Dilks & Knopik, LLC
   35308 SE Center Street
   Snoqualmie, WA 98065


   Dated: *August 12, 2014.*

                                                                    _____
                                                                    Arthur B. Briskman
                                                                    United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.